UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff

CASE: 12-mj-08297-DLB

vs.

JOHN SHEALY,
    Defendant
_____/.

NOTICE OF TEMPORARY APPEARANCE OF COUNSEL

    COMES NOW JO ANN BARONE, and files this Temporary Notice of Appearance as counsel for the defendant in the above captioned cause. Undersigned counsel has been retained by the above Defendant for purposes of the Detention Hearing issues only.

_____/s/_____
Jo Ann Barone, Esq.
Florida Bar Number 905259
Attorney for Defendant John Shealy
249 Royal Palm Way, Suite 302
Palm Beach, Florida 33480
561.655.8477 Telephone 561.655.8478 Facsimile
JBarone@BaroneLaw.us  Electronic Mail

CERTIFICATE OF SERVICE AND FILING
    I HEREBY CERTIFY that this Temporary Notice of Appearance of Counsel has been electronically filed and served on all listed parties on service list via CM/ECF on this 31st day of July, 2012.

_____/s/_____
Jo Ann Barone, Esq.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,
    Plaintiff

                                               CASE#: 12-mj-08297-DLB

vs.

JOHN SHEALY,
    Defendant
_____/.

Service List for 12-8297-DLB
All Defendants Dylan Harrison, John Shealy and Michael Bryant

U.S. Attorney's Office
AUSA Roger Stefin (Roger.Stefin@usdoj.org)
AUSA Stephanie D. Evans (Stephanie.D.Evans@usdoj.gov)
500 S. Australian Ave. Suite 400
WPB, FL 33401

Office of the Federal Public Defender
Peter Birch, Esq. (Peter_Birch@FD.org)
450 S. Australian Ave., Ste. 500, WPB, FL 33401
Attorney for Co-Defendant Michael Bryant

Ian Goldstein, Esq. (ijg@goldsteinjette.com)
515 N. Flagler Dr., Ste. 910, WPB, Fl 33401
Neil Shuster, Esq. (nmshus@bellsouth.net)
555 NE 15th St. Ste. 2C, Miami, FL 33132
Attorneys for Co-Defendant Dylan Harrison