IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-8297-DLB

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

JOHN SHEALY,

        Defendant.
_____/

**MOTION FOR SUBSTITUTION OF COUNSEL**

Marc David Seitles hereby files this Motion for Substitution of Counsel which would allow the withdrawal of attorney Jo Ann Barone as counsel for the Defendant and to substitute Marc David Seitles, Esq. as the attorney of record for purposes of detention hearing only.

The Defendant has retained the services of Marc David Seitles to represent him in the above-captioned matter. A Notice of Temporary Appearance on behalf of this Defendant is being filed contemporaneously with this Motion for Substitution of Counsel.

        Respectfully submitted,

        /s/ Marc David Seitles
        _____
        Marc David Seitles
        Florida Bar No. 0178284

        Courthouse Center
        40 N.W. 3rd Street
        Penthouse One
        Miami, Florida 33128
        Ph: 305-403-8070
        Fax: 305-403-8210
        Email: mseitles@seitleslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1st, 2012, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing the Assistant United States Attorney, Roger H. Stefin.

/s/ Marc David Seitles
_____
Marc David Seitles, Esq.