IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-8297-DLB

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

JOHN SHEALY,

    Defendant.
_____/

## JOINT *NEBBIA* STIPULATION

John Shealy, through counsel, and Assistant United States Attorney Roger Stefin, hereby stipulate that the *Nebbia* condition on the $500,000.00 10% bond and the $500,000.00 corporate surety bond have been satisfied.

|  | Respectfully submitted, |
|---|---|
| *[signature]* | *[signature]* |
| Roger H. Stefin | Marc David Seitles |
| Florida Bar No. 0287334 | Fla. Bar No. 0178284 |
| Assistant United States Attorney | The Law Offices of Marc David Seitles |
| 500 Austrailian Ave., Suite 400 | 40 N.W. 3rd Street, PH 1 |
| West Palm Beach, FL 33401 | Miami, Florida 33128 |
| Tel: (561) 209-1055 | Tel: (305) 403-8070 |
| Fax: (561) 820-8777 | Fax: (305) 403-8210 |
| Email: Roger.Stefin@usdoj.gov | Email: mseitles@seitleslaw.com |

**DONE AND ORDERED** at West Palm Beach, Florida, this __ day of August, 2012.

_____
William Matthewman
United States Magistrate Judge

1