IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-8297-DLB

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

JOHN SHEALY,

        Defendant.
_____/

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

The defendant, John Shealy, by and through his undersigned counsel, hereby files this unopposed motion to modify conditions of release, and in support thereof states:

1. Mr. Shealy has been charged by Criminal Complaint in the above captioned cause with manufacturing a controlled substance analogue, and misbranding of drugs with intent to defraud and mislead.

2. The arraignment in this matter has been continued several times as the parties are working in good faith to resolve this matter.

3. The co-defendant's curfew was recently extended to 12:00 a.m. Mr. Shealy is similarly situated to his co-defendant business partner and requests the same accommodation to allow him to attend to his affairs, visit counsel, and seek employment.

4. The Assistant United States Attorney Roger Stefin advised that he does not oppose Mr. Shealy's motion.

**The Law Offices of Marc David Seitles, P.A.**
1

WHEREFORE, based upon the foregoing, defendant would respectfully request that his motion to modify conditions of release be granted to allow for an extended curfew to 12:00 a.m.

Respectfully submitted,

/s/ Marc David Seitles
_____
Marc David Seitles
Fla. Bar No. 0178284

The Law Offices of Marc David Seitles, P.A.
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
Tel: (305) 403-8070
Fax: (305) 403-8210
Email: mseitles@seitleslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing the Assistant United States Attorney, Roger H. Stefin.

/s/ Marc David Seitles
_____
Marc David Seitles, Esq.